IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TWENTY-TWO STRATEGIC INVESTMENT FUNDS [IDENTIFIED IN EXHIBIT A]; and PRESIDIO RESOURCES LLC (A Partner Other Than the Tax Matters Partner),

    Petitioners,

v.

UNITED STATES OF AMERICA,

    Respondent.

No. C 05-03887 WHA

**ORDER OF REFERRAL**

Upon review, this action appears to concern the same parties, transactions and events as *Twenty Two Strategic Investment Funds and Presidio Growth LLC v. United States of America*, Case No. C 05-2835 VRW, which is itself related to *Shasta Strategic Investment Fund LLC v. United States of America*, Case No. C 04-4264 VRW. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Chief Judge Vaughn Walker for the purpose of determining whether it is related to those two cases as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: September 29, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE