IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWENTY-TWO STRATEGIC INVESTMENT FUNDS [IDENTIFIED IN EXHIBIT A]; and PRESIDIO RESOURCES LLC (A Partner Other Than the Tax Matters Partner),<br><br>    Petitioners,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | No. C 05-03887 WHA<br><br>**ORDER OF REFERRAL** |

Upon review, this action appears to concern the same parties, transactions and events as *Twenty Two Strategic Investment Funds and Presidio Growth LLC v. United States of America*, Case No. C 05-2835 VRW, which is itself related to *Shasta Strategic Investment Fund LLC v. United States of America*, Case No. C 04-4264 VRW. Pursuant to Civil Local Rule 3-12(c), the Court refers this matter to Chief Judge Vaughn Walker for the purpose of determining whether it is related to those two cases as defined in Civil Local Rule 3-12(a).

**IT IS SO ORDERED.**

Dated: September 29, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE