IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Olympus Strategic Inv. Fund, LLC, et al., | NO. C 04-04399 JW |
|         Petitioners, | |
|   v. | |
| United States of America, | |
|         Respondent. | |
| Sixty-Three Strategic Inv. Funds, et al., | NO. C 05-01123 JW |
|         Petitioners, | |
|   v. | |
| United States of America, | |
|         Respondent. | |
| Sixty-Three Strategic Inv. Funds, et al., | NO. C 05-01996 JW |
|         Petitioners, | |
|   v. | |
| United States of America, | |
|         Respondent. | |

**United States District Court**
For the Northern District of California

| | |
|---|---|
| Twenty-Two Strategic Inv. Funds, et al., | NO. C 05-02835 JW |
| Petitioners, | |
| v. | |
| United States of America, | |
| Respondent. | |
| Twenty-Two Strategic Inv. Funds, et al., | NO. C 05-03887 JW |
| Petitioners, | **ORDER VACATING HEARING ON MOTIONS AND PRETRIAL CONFERENCE** |
| v. | |
| United States of America, | |
| Respondent. | |

These related cases are scheduled for a hearing on Respondent's Motions for Summary Judgment on June 25, 2012. Upon review, the Court finds it appropriate to take Respondent's Motions under submission without oral argument. See Civ. L.R. 7-1(b). Accordingly, the Court VACATES the June 25 hearing.

In addition, these cases are scheduled for a Preliminary Pretrial Conference on July 9, 2012. In light of the pending dispositive Motions, the Court finds that a Pretrial Conference would be premature at this time. Accordingly, the Court VACATES the Pretrial Conference. The Court will set a new date for the Pretrial Conference in its Order addressing the Respondent's Motions.

Dated: June 21, 2012

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adair Ford Boroughs adair.f.boroughs@usdoj.gov
David A. York david.york@lw.com
Margaret Tough margaret.tough@lw.com
Steven Mark Bauer steve.bauer@lw.com
Stuart David Gibson Stuart.D.Gibson@usdoj.gov
Thomas Moore tom.moore@usdoj.gov

**Dated:  June 21, 2012**                                              **Richard W. Wieking, Clerk**

**By:     /s/ JW Chambers
         William Noble
         Courtroom Deputy**

**United States District Court**
For the Northern District of California